# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

February 12, 1999

In Replying Giv
Of Case And Nam

Carlos Juenke
Clerk, U.S. District Court
Federal Courthouse Square, 301 N. Miami Ave.
Miami, FL 33128

RE: 98-5445   Cason Enterprises v. Miami-Dade
DC DKT NO.: 95-02711 CV-DLG

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Irene Lumley (404) 335-6175

Encl.                                              DIS-2   (5/91)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 98-05445

*U.S. COURT OF APPEALS*
*ELEVENTH CIRCUIT*
*FEB 12 1999*
*THOMAS K. KAHN*
*CLERK*

CASON ENTERPRISES, INC.,

                    Plaintiff,

RICHARD CASON,

                    Plaintiff-Appellant,

versus

MIAMI-DADE WATER AND SEWER AUTHORITY
DEPARTMENT; VICTOR-MONZON AQUIRRE,
Director G.S.A.; ANTHONY J. CLEMENTE,
Director (WASD), et al.,

                    Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 12th day of February, 1999.

                    THOMAS K. KAHN
             Clerk of the United States Court
          of Appeals for the Eleventh Circuit

By: _____
      Irene Lumley
      Deputy Clerk

FOR THE COURT - BY DIRECTION

*A True Copy - Attested:*
*Clerk, U.S. Court of Appeals,*
*Eleventh Circuit*
*By: _____*
*Deputy Clerk*
*Atlanta, Georgia*

ORD-40
5/91